IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:09CV23 |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ELIZABETH ANDERSON and ) | |
| UNIFUND CCR PARTNERS, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on plaintiff's motion to withdraw its motion for default judgment. Filing No. 17. The court has reviewed the motion and finds it should be granted. Further, the plaintiff asks this court to determine if Filing No. 13 constitutes a sufficient responsive pleading. The court has reviewed the pleading and finds that the response set forth in Filing No. 13 is sufficient at this time, given that the defendant is a pro se party.

THEREFORE, IT IS ORDERED that plaintiff's motion to withdraw, Filing No. 17, its motion for default judgment, Filing No. 10, is granted. The hearing scheduled for August 24, 2009, is canceled, and the magistrate judge is ordered to progress this case.

DATED this 24th day of August, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
CHIEF DISTRICT JUDGE