IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:09CV23 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| ELIZABETH ANDERSON, and | ) | |
| UNIFUND CCR PARTNERS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    This matter is before the court on defendant Elizabeth Anderson's notice of appeal, Filing No. 47. This is a foreclosure action. Judgment has been entered in favor of the United States and against defendant Elizabeth Anderson. Filing No. 44. Defendant Anderson appeared pro se in this action. *See* Filing No. 27, Order denying appointment of counsel.

    In order to proceed in forma pauperis, the defendant must comply with Fed. R. App. P. 24, which provides:

> (a) Leave to Proceed in Forma Pauperis.
>
>     (1) Motion in the District Court. Except as stated in Rule 24(a)(3), a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court. The party must attach an affidavit that:
>
>     (A)  shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;
>
>     (B)  claims an entitlement to redress; and
>
>     (C)  states the issues that the party intends to present on appeal.

Fed. R. App. P. 24. (a)(1); *see also* 28 U.S.C. § 1915(a)(1). Accordingly,

IT IS ORDERED that:

1. The Clerk of Court is directed to send the appropriate affidavit to the defendant.

2. The defendant shall submit the completed affidavit to the court within 14 days of the date of this order, at which time the court will consider the defendant's motion for leave to proceed in forma pauperis on appeal.

DATED this 4th day of January, 2011.

BY THE COURT:

s/Joseph F. Bataillon
UNITED STATES DISTRICT JUDGE